SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**NATALIE K. WIGHT, OSB #035576**
Assistant United States Attorney
natalie.wight@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00467-IM |
| v. | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **MICHAEL LEE PILGRIM,** | |
| **Defendant.** | |

United States of America moves to dismiss the Information, with prejudice, in the interest of justice. Defendant has completed the requirements of a deferred resolution agreement.

Dated: May 22, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

 /s/ Natalie K. Wight
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney